No. 3022. JIMÉNEZ ET AL., APPELLEES, *v.* FIGUEROA, AP-PELLANT. — Second District Court of San Juan. Unlawful detainer. Decided April 10, 1923. Considering the appellant's motion of withdrawal, the setting of appellee's motion for dismissal is set aside and the appeal is dismissed.

No. 2048. PEOPLE, APPELLEE, *v.* SOTOMAYOR, APPELLANT.— District Court of Arecibo. Murder in the second degree. Decided April 12, 1923. There being no bill of exceptions or statement of the case, the defendant having filed no brief and the record disclosing the commission of no substantial error, the judgment is affirmed.

Nos. 2027 and 2028. PEOPLE, APPELLEE, *v.* TURULL, AP-PELLANT.—PEOPLE, APPELLEE, *v.* VÁZQUEZ, APPELLANT.—First District Court of San Juan. Decided April 13, 1923. The appellants having filed no briefs, the appeals are dismissed.

No. 2646. ORTIZ, APPELLANT, *v.* MARI, APPELLEE. — District Court of Mayagüez. Decided April 13, 1923. Upon examination of the transcript of the record and the briefs, considering that the questions here involved are more or less similar to those decided in No. 2635, *Ortiz* v. *Mari,* February 12, 1923, and that the court below did not abuse its discretion in refusing to grant a new trial, for the reasons stated in the case cited the judgment is affirmed.